WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Wayne Cook,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | Case No. CV-97-146-PHX-RCB<br><br>Death Penalty Case<br><br>**ORDER** |

This matter comes before the Court on Petitioner's Motion to Withdraw as Counsel. For good cause shown, the Court finds that Petitioner's motion (Doc. 113) should be **GRANTED**.

**IT IS ORDERED** that Ashley McDonald is withdrawn as counsel. Michael J. Meehan, Dale A. Baich, and Robin C. Konrad will remain as counsel for Mr. Cook.

Dated this 9th day of January, 2012.

_____
Robert C. Broomfield
Senior United States District Judge