**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Wayne Cook,<br><br>　　　　Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>　　　　Respondents. | No. CV-97-146-PHX-RCB<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Petitioner, an Arizona capital prisoner, has lodged a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b), along with a motion to exceed page limitations for the Rule 60(b) motion.

Good cause appearing,

**IT IS HEREBY ORDERED** that Petitioner's Motion to File Excess Pages for Motion for Relief from Judgment Pursuant to Rule 60(b)(6) (Doc. 115) is **GRANTED**. The Clerk of Court shall file Petitioner's lodged Motion for Relief from Judgment Pursuant to Rule 60(b)(6) (Doc. 116).

**IT IS FURTHER ORDERED** that Respondents shall file a response to Petitioner's Motion for Relief from Judgment Pursuant to Rule 60(b)(b) no later than **Monday, June 18, 2012**. Because this Court has returned the state court record to the Arizona Supreme Court, Respondents shall append to their response copies of any documents or transcripts from the

1  state court record relevant to consideration of Petitioner's motion.

2  **IT IS FURTHER ORDERED** that Petitioner may file a reply no later than **Monday,**
3  **June 25, 2012**.

4  DATED this 7th day of June, 2012.

Robert C. Broomfield
Senior United States District Judge

- 2 -